UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSCAR VENCES ESTRADA,
                       Plaintiff,

-v-

TOUBA GENERAL DISCOUNT, INC.
and BABACAR KONTE,
                       Defendants.

21-CV-5134 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendants were served on June 23 and 25, 2021. (Dkt. Nos. 5–6.) However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by August 12, 2021 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: July 28, 2021
       New York, New York

                                                J. PAUL OETKEN
                                            United States District Judge